**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William Wise MURRAY, Defendant–Appellant.**

No. 00–6655.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 29, 2000.

Decided Jan. 8, 2001.

William Wise Murray, pro se. Marshall Prince, Office of the United States Attorney, Columbia, SC, for appellee.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Williams Wise Murray appeals the district court's margin order denying his motion filed under 18 U.S.C.A. § 3582 (West 2000). We have reviewed the record and find no reversible error. The district court may not modify a sentence under § 3582 once it has been imposed except in very narrow circumstances not applicable here. The district court therefore did not have jurisdiction to consider Murray's motion. Accordingly, we affirm the district court's denial of relief. We deny as moot Murray's motions for summary reversal and bail pending appeal and dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*